Cite as 2022 Ark. 98

# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE ADMINISTRATIVE PLANS FOR CIRCUIT COURTS | **Opinion Delivered** May 5, 2022 |

**PER CURIAM**

Pursuant to Administrative Order No. 14, amendments to currently approved circuit court administrative plans have been submitted by the Fourth Circuit, Fifth Circuit, Eleventh-West Circuit, Thirteenth Circuit, and Twenty-First Circuit. The amendments to these administrative plans are approved and shall be effective immediately. Plans currently in effect for all other circuit courts remain in full force and effect until subsequent plans are approved.